IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE R. WOLFF,

    Plaintiff,                     No. CIV S-04-2385 DFL GGH P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.               ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 15, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff was re-served with this document on April 27, 2005, to his current address.  Plaintiff has not filed objections to the findings and recommendations.[1]

---

[1] Plaintiff filed a request for an extension on April 21, 2005, well after the deadline for filing objections had passed.  The request makes reference to additional evidence but does not indicate that plaintiff intends to file objections or an amended complaint in compliance with the February 15, 2005 findings and recommendations.  Plaintiff's request for an extension is denied.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:

4

5  1.  The findings and recommendations filed February 15, 2005, are adopted in
6  full; and

7  2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.
8  Civ. P. 41(b).

9  DATED: 6/23/2005

                          /s/ David F. Levi
                   UNITED STATES DISTRICT JUDGE

/wolf2385.800